1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

9

10

11

12

13

14

15

| | |
|---|---|
| MARY C. DeVANY, dba, DeVANY INDUSTRIAL CONSULTANTS,<br><br>                    Plaintiff,<br><br>vs.<br><br>JERRY MEUNIER, JUSTIN WOODS, RAUL R. BENCOMO, FRANK J. D'AMICO, JR., ANTHONY G. BUZBEE, MATTHEW MORELAND, LINDA NELSON, and MIKAL WATTS,<br><br>                    Defendants. | **CIVIL ACTION NO.**<br><br><br>**COMPLAINT** |

16

PARTIES TO THIS COMPLAINT:

17

Plaintiff:

18

Mary C. DeVany
DeVany Industrial Consultants
14507 NW 19th Ave
Vancouver, WA 98685-8003
Telephone: (360) 546-0999

19

20

21

Defendants:

22

Jerry Meunier
Justin Woods
Gainsburgh, Benjamin, David, Meunier &
Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Telephone: (504) 522-2304

Raul R. Bencomo
Bencomo & Associates
639 Loyola Avenue
New Orleans, LA 70113
Telephone: (504) 529-2929

23

24

25

26

1 – COMPLAINT

1  Frank J. D'Amico, Jr.
   Law Offices of Frank J. D'Amico, Jr.        Linda Nelson
2  622 Baronne Street                          Lambert & Nelson
   New Orleans, LA  70113                       701 Magazine Street
3                                              New Orleans, LA  70130-3629
                                               Telephone: (504) 581-1750
4

5  Anthony G. Buzbee
   Buzbee Law Firm                             Mikal Watts
6  600 Travis, Suite 7300                      Watts Guerra Craft
   Houston, TX  77002                          Bank of America Plaza, Suite 100
7  Telephone: (713) 223-5393                   300 Convent Street
                                               San Antonio, TX  78205
8

9  Matthew Moreland
   Becnel Law Firm, LLC
10 P. O. Drawer H
   106 W. Seventh Street
11 Reserve, LA  70084
   Telephone: (985) 536-1186
12

13                          JURISDICTION:

14         1.      Plaintiff, Mary C. DeVany is a citizen of Washington.  She owns and operates at

15 Vancouver, Washington a business under the assumed business name of DeVany Industrial

16 Consultants.  DeVany Industrial Consultants provides international public and private consulting

17 in the fields of occupational safety, industrial hygiene, environmental safety and community

18 health.

19         2.      Defendants Jerry Meunier, Justin Woods, Raul R. Bencomo, Frank J. D'Amico,

20 Jr., Matthew Moreland, and Linda Nelson are all citizens of Louisiana.  Each of them is an

21 attorney licensed by the State of Louisiana to practice law.

22         3.      Defendants Anthony G. Buzbee and Mikal Watts are citizens of Texas.  Each of

23 them is an attorney licensed to practice law by the State of Texas.

24         4.      Defendants were retained by persons who were supplied temporary housing units

25 ("THU's") as shelter by the Federal Emergency Management Agency (FEMA) along the Gulf

26 Coast of the United States in the wake of Hurricanes Katrina and Rita.  Defendants have brought

2 – COMPLAINT

1   claims against FEMA and various THU manufacturers on behalf of their clients, alleging that

2   such persons were exposed to excessive levels of formaldehyde as a result of living in the FEMA

3   provided THU's.

4       5.   Thereafter, the individual defendants were each appointed by Order of the United

5   States District Court for the Eastern District of Louisiana to the Plaintiff's Steering Committee

6   ("PSC") in the matter of In Re: FEMA Trailer Formaldehyde Products Liability Litigation,

7   Multi-District Litigation No. 1873.  The members of the PSC were each charged by the Court to

8   initiate, coordinate, and conduct all pretrial discovery on behalf of plaintiffs in all actions which

9   were consolidated with that Multi-District Litigation.

10      6.   During 2007, one or more of the individual defendants, acting as the agent for all

11  members of the PSC, contacted, solicited and retained plaintiff at Vancouver, Washington to

12  evaluate the potential for formaldehyde exposures to defendants' clients and other similarly

13  situated plaintiffs whose actions were consolidated with the Multi-District Litigation.

14      7.   Defendants thereafter made multiple requests for a course of services from

15  plaintiff, including requests that she:

16      a.   Survey current formaldehyde exposure limits and explain to the PSC their

17  basis, application, and limitations;

18      b.   Survey and review the adverse health effects from formaldehyde exposure,

19  explain these effects to the PSC, and assist the PSC in determining the extent of these adverse

20  health effects in occupants of temporary housing units issued by FEMA;

21      c.   Develop and provide to the PSC a sampling methodology and

22  measurement strategy for determining formaldehyde contamination in FEMA-issued THU's as

23  well as a selection basis for specific THU sampling; and

24      d.   Supervise and conduct testing of THU's for formaldehyde levels,

25  including data collection, analysis of the sampling results, interpretation of the findings, and

26  provision to the PSC of conclusions and recommendations drawn from such studies.

3 – COMPLAINT

1    8.    Plaintiff performed the services requested by defendants.  Plaintiff accomplished

2  over 90% of the work from her offices located in Vancouver, Washington, which defendants

3  were aware of and intended when they asked her to perform her services.

4    9.    The amount in controversy, without interest and costs, exceeds the sum or value

5  specified by 28 USC § 1332.

6

7                         STATEMENT OF CLAIM:

8                            (Breach of Contract)

9    10.    Defendants agreed that plaintiff would be paid monthly in full for all services

10  performed and costs advanced on their behalf.  Defendants agreed to pay Ms. DeVany an initial

11  hourly rate of $165, and a subsequent hourly rate of $185, beginning in approximately March of

12  2008.  Defendants agreed to pay DeVany Industrial Consultants an initial rate of $120 per hour

13  of time spent by its chief industrial hygienist, and $125 per hour beginning in approximately

14  March of 2008.  Defendants agreed to reimburse DeVany Industrial Consultants for all costs

15  incurred at a rate of actual cost plus 10%.  Defendants agreed to pay monthly a 2% fee on all

16  unpaid, outstanding balances due DeVany Industrial Consultants.

17    11.    All conditions precedent to defendants' obligation to pay Plaintiff have been

18  satisfied.

19    12.    On or about April 23, 2009, defendants refused to pay Plaintiff, thereby breaching

20  the agreement between themselves and plaintiff, to plaintiff's damage in the sum of $607,893.17.

21                            (Account Stated)

22    13.    The defendants owe plaintiff $607,893.17 according to the account set out in

23  Exhibit 1, incorporated by this reference into this Complaint.

24                                RELIEF:

25      Therefore, the plaintiff demands judgment against defendants, and each of them, for

26  $607,893.17, plus interest and costs.

4 – COMPLAINT

**KIRKLIN THOMPSON & POPE LLP**
522 SW Fifth Avenue, Suite 1100
Portland, OR 97204-2138
Telephone:  (503) 222-1640
Facsimile: (503) 227-5251

1

DEMAND FOR JURY TRIAL:

2      Plaintiff hereby demands trial by jury.

3      Dated this 4th day of May, 2009.

4

5                                    By: _____
                                     Stephen C. Thompson, WSBA #32625
6                                    Attorneys for Plaintiff Mary C. DeVany
                                     KIRKLIN THOMPSON & POPE LLP
7                                    522 SW Fifth Avenue, Suite 1100
                                     Portland, OR 97204
8                                    Telephone: (503) 226-1151
                                     Fax: (503) 227-5251
9                                    E-mail: steve@kirklinfolawn.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

5 – COMPLAINT