The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARY C. DeVANY, dba, DeVANY INDUSTRIAL CONSULTANTS,<br><br>Plaintiff,<br><br>vs.<br><br>JERRY MEUNIER, JUSTIN WOODS, RAUL R. BENCOMO, FRANK J. D'AMICO, JR., ANTHONY G. BUZBEE, MATTHEW MORELAND, LINDA NELSON, and MIKAL WATTS,<br><br>Defendants. | **CIVIL ACTION NO. 3:09-cv-05264-RBL**<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

The parties having settled their differences, Plaintiff gives Notice of her Voluntary Dismissal of this action, with prejudice.

Dated this ___ day of June, 2009.

By _____
Stephen C. Thompson
KIRKLIN THOMPSON & POPE, LLP
Of Attorneys for Mary C. DeVany, dba
DeVany Industrial Consultants

NOTICE OF DISMISSAL-1

KIRKLIN THOMPSON & POPE LLP
522 SW Fifth Avenue, Suite 1100
Portland, OR 97204-2138
Telephone: (503) 222-1640
Facsimile: (503) 227-5251